# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC DENNIS** | : | **CIVIL ACTION** |
| | : | No. 21-4725 |
| v. | : | |
| | : | |
| **KEVIN RANSOM, ET AL.** | : | |

## ORDER

This 15th day of March, 2022, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DISMISSED AS UNTIMELY**.

3. There is no basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge